IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12243-CC

_____

JENNIFER CORNETT MANN-MACKEY,
 Widower of Carl Mackey, former RRB Employee,

                                                                                      Petitioner,

versus

U.S. RAILROAD RETIREMENT BOARD,

                                                                                      Respondent.

_____

Petition for Review of a Decision of the
Railroad Retirement Board

_____

ORDER:

      Respondent's Motion to Supplement the Record with the supplemental appendix filed in this Court on November 1, 2022, is GRANTED.


                                                                          /s/ Barbara Lagoa
                                                                         UNITED STATES CIRCUIT JUDGE